Jenna Dakroub, CA #350170
E: jdakroub@consumerattorneys.com
CONSUMER ATTORNEYS
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750

*Attorneys for Plaintiff*
*Christian Allen Alvarado*

JS-6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN ALLEN ALVARADO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CERTN (USA) INC.,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-10412-CAS (SSCx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CERTN (USA) INC. ONLY** |

　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Certn (USA) Inc. Only, and good cause appearing,

　　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　　The above-entitled matter is hereby dismissed with prejudice as to Defendant Certn (USA) Inc only.

　　　**IT IS SO ORDERED.**

Dated:  February 21, 2025

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1